# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CONRAD L. HOOVER, on behalf of himself
& all others similarly situated,**

      **Plaintiff,**

**-vs-**            **Case No. 6:06-cv-512-Orl-28KRS**

**PAINCARE HOLDINGS, INC., RANDY
LUBINSKY, & MARK SZPORKA,,**

      **Defendant.**
_____/

## ORDER

This cause came on for consideration by the Court *sua sponte*. The Clerk of Court is directed to reassign this case to the Honorable David A. Baker, United States Magistrate Judge, for consideration with other class action cases against the defendants.

**DONE** and **ORDERED** in Orlando, Florida on April 20, 2006.

           *Karla R. Spaulding*
          KARLA R. SPAULDING
         UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties